# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MC MULLEN and NINA MC MULLEN,<br><br>Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK, CHASE BANK USA, DOES 1-60,<br><br>Defendants. | Case No.: CV 17-5044-DMG (PLAx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE [37]** |

Based on the parties' stipulation, and good cause appearing therefor,

The release by Plaintiffs of all claims and potential claims they have or may have against Defendants under the statutes cited in Plaintiffs' complaint is hereby APPROVED; and

IT IS ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE. Each side shall bear its own costs and attorneys' fees.

DATED: June 18, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-